UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

BARIA AND SONS, LLC

    Debtor

CHAPTER 11
Case No. 17-00970
Hon. James W. Boyd
Filed: 03/06/2017

---

BARIA AND SONS, LLC,

    Plaintiffs

v.

LQD BUSINESS FINANCE, LLC, GEORGE SOURI, and DANNY SOURI

    Defendants

Ad. Pro. No. 17-80030
Hon. James W. Boyd

---

**ORDER DISMISSING ADVERSARY PROCEEDING
WITHOUT PREJUDICE AND WITHOUT COSTS**

Pursuant to Fed.R.Bankr.P. 7041, upon the stipulation of Plaintiff / Debtor and Defendants,

IT IS ORDERED that the above captioned Adversary Proceeding is dismissed without prejudice and without costs.

End of Order

**IT IS SO ORDERED.**

Dated July 6, 2017



James W. Boyd
United States Bankruptcy Judge